82,949-01

Johhny Richard #1845432
Huntsville Unit, 815 12TH St.
Huntsville, TX 77348

06/21/15

Abel Acosta
Clerk, Texas Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

Dear Sir:                          RE: Ex parte Richard, WR-949-01;
                                       Trial Ct. No. Cr-12-24305-A.

#
     My writ of habeas corpus was presented to the Court on 3/2/15.
I have not been informed of any action heretofore. Has a decision
been reached?

     Thank you for your kind assistance in this matter.

                              Sincerely,


                              J. Richard
                              Johnny Richard


cc:file

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 25 2015
Abel Acosta, Clerk